1120

No. 04–9736. LAKE v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–9743. DiBARTOLO v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9759. STROPE v. MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 04–9779. JOHNSON v. PONDER ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–9784. RODRIGUEZ v. CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9804. GIBSON v. MOTE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–9809. LIGHTBOURNE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 04–9843. JOHNSON v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9853. WILLIAMS v. RYAN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9874. MOODY v. DELRAY BEACH POLICE DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9875. SPOONER v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9887. STEPHENS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–9901. MCDUFFIE v. NEELY ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9902. WEBB v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.